# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0552

VERSUS

JEROME A. GRAY

**AUGUST 22, 2025**

---

In Re:     Jerome A. Gray, applying for supervisory writs, 18th
           Judicial District Court, Parish of Iberville, No. 2016-
           CR-267.

---

**BEFORE:     THERIOT, PENZATO, AND BALFOUR, JJ.**

  **WRIT DENIED.**

                              MRT
                              AHP
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT